UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

MARIO APARICIO-RAMIREZ,

Petitioner,

v.

BRIAN ENGLISH,

Respondent.

CAUSE NO. 3:26-CV-879-CCB-SJF

## OPINION AND ORDER

The Warden, by counsel, filed a motion to dismiss arguing that the habeas petition has become moot because Mario Aparicio-Ramirez was removed to Mexico on June 29, 2026. ECF 9. In the habeas petition, Aparicio-Ramirez challenged his immigration detention under 28 U.S.C. § 2241 and sought his immediate release. ECF 2.

"For a case to be justiciable, a live controversy must continue to exist at all stages of review, not simply on the date the action was initiated." *Brown v. Bartholomew Consol. Sch. Corp.*, 442 F.3d 588, 596 (7th Cir. 2006)). "This means that, throughout the litigation, the plaintiff must have suffered, or be threatened with, an actual injury traceable to the defendant and likely to be redressed by a favorable judicial decision." *Spencer v. Kemna*, 523 U.S. 1, 7 (1998). The court agrees that Aparicio-Ramirez's removal moots this case. The court can no longer grant the relief sought in the petition because Aparicio-Ramirez has already been released from immigration detention.

For these reasons, the court:

(1) **GRANTS** the motion to dismiss (ECF 9);

(2) **DISMISSES** the habeas petition (ECF 2); and

(3) **DIRECTS** the clerk to close this case.

SO ORDERED on July 8, 2026

_/s/Cristal C. Brisco_
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT

2